Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-421-448

**Effective Date of Registration:** September 25, 2024
**Registration Decision Date:** November 08, 2024

---

## Title

**Title of Work:** 1836(2) Labs Truck

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 06, 2019
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** The Macneil Studio Ltd, dba Richard Macneil
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** The Macneil Studio Ltd, dba Richard Macneil
Bruff Business Centre, Longley Green, Suckley, Worcestershire, WR6 5DR, United Kingdom

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Center, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 25, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-421-728**

**Effective Date of Registration:**
September 25, 2024
**Registration Decision Date:**
November 12, 2024

## Title

    **Title of Work:** 1066 Flowershop

## Completion/Publication

    **Year of Completion:** 2013
    **Date of 1st Publication:** January 16, 2013
    **Nation of 1st Publication:** United Kingdom

## Author

-     **Author:** The Macneil Studio Ltd
      **Author Created:** 2-D artwork
      **Work made for hire:** Yes
      **Citizen of:** United Kingdom

## Copyright Claimant

    **Copyright Claimant:** The Macneil Studio Ltd
    Bruff Business Centre, Longley Green, Suckley, Worcestershire, WR6 5DR, United Kingdom

## Rights and Permissions

    **Organization Name:** Art Licensing International, Inc.
    **Address:** P.O. Box 2568
    Manchester Center, VT 05255 United States

## Certification

    **Name:** David Denholm
    **Date:** September 25, 2024

